PLAINTIFF/PETITIONER/MOVANT'S NAME

PAUL JOSEPH LOMBARDI

PRISON NUMBER

V-42310

PLACE OF CONFINEMENT

FOLSOM STATE PRISON

ADDRESS

P.O. BOX 715071
REPRESA, CALIFORNIA 95671



FILED
JUN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

PAUL JOSEPH LOMBARDI,

        Plaintiff/Petitioner/Movant

v.

M. KRAMER, WARDEN,

        Defendant/Respondent

Civil No. 08CV1025 H (POR)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, PAUL JOSEPH LOMBARDI,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)

    If "Yes," state the place of your incarceration FOLSOM STATE PRISON

    Are you employed at the institution? ☐ Yes ☒ No

    Do you receive any payment from the institution? ☐ Yes ☒ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____ NOT APPLICABLE _____
   _____ NOT APPLICABLE _____
   _____ NOT APPLICABLE _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A Information is unavailable
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   MISCELLANEOUS MONEY FROM FAMILY TO PURCHASE COMMISSARY ITEMS SUCH AS HYGIENE AND SNACKS. LESS THAN A COUPLE OF HUNDRED DOLLARS.

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____ NOT APPLICABLE _____
   b. Present balance in account(s): _____ NOT APPLICABLE _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): NOT APPLICABLE
   b. Present balance in account(s): NOT APPLICABLE

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: NOT APPLICABLE   Year: N/A   Model: N/A
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed   NOT APPLICABLE

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes ☒ No
   If "Yes" describe the property and state its value. NOT APPLICABLE
   NOT APPLICABLE

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NOT APPLICABLE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   COURT ORDERED RESTITUTION PURSUANT TO PENAL CODE § 1202.4, IN THE AMOUNT OF $10,000.00.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NOT APPLICABLE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

    THE PRISON HOUSES AND FEEDS ME SO OTHER THAN MISCELLANEOUS MONEY FROM MY FAMILY FROM TIME TO TIME, I LIVE FAR BELOW THE POVERTY LEVEL.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

*Paul Lombardi*
SIGNATURE OF APPLICANT

DATE
6-3-08

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____PAUL JOSEPH LOMBARDI,_____,
(NAME OF INMATE)

_____C.D.C. NO. V-42310_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____FOLSOM STATE PRISON_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __n/a_____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0.37_____,

and the *average monthly deposits* to the applicant's account was $ __0.37_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2)</u>.

__6/6/08__
DATE

__[signature] Karen C. Davis__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Karen C. Davis__
OFFICER'S FULL NAME (PRINTED)

__Accounting Technician__
OFFICER'S TITLE/RANK

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____PAUL JOSEPH LOMBARDI_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either • $350 (civil complaint) or • $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____Paul Lombardi_____
SIGNATURE OF PRISONER

DATE 6-3-2008

```
REPORT ID: TS3030 .701                                          REPORT DATE: 06/06/08
                                                                PAGE NO:        1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA STATE PRISON FOLSOM
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 06, 2008

ACCOUNT NUMBER  : V42310                    BED/CELL NUMBER: B3SBT5000000002L
ACCOUNT NAME    : LOMBARDI, PAUL JOSEPH                ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                             TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION       COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

12/01/2007   BEGINNING BALANCE                                                  0.00
12/10  D320  TRUST FUNDS T MR4900HDSP                    2.20                   2.20
ACTIVITY FOR 2008
01/07  W536  COPAY CHARGE         703378                              2.20      0.00

                          CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE   DESCRIPTION                COMMENT            HOLD AMOUNT
06/04/2008 H109   LEGAL POSTAGE HOLD         706491 L                 2.36
06/04/2008 H109   LEGAL POSTAGE HOLD         706491 L                 1.68
06/04/2008 H118   LEGAL COPIES HOLD          706492 L                 2.50

                            TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL       TOTAL       CURRENT     HOLDS       TRANSACTIONS
BALANCE     DEPOSITS    WITHDRAWALS BALANCE     BALANCE     TO BE POSTED
   0.00        2.20        2.20        0.00       6.54           0.00

                                                            CURRENT
                                                            AVAILABLE
                                                            BALANCE
                                                              6.54
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6/6/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE