# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| PAUL JOSEPH LOMBARDI, | Civil No. 08-1025 H (POR) |
|---|---|
| Petitioner, | |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| M. KRAMER, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has submitted a request to proceed in forma pauperis. Petitioner has no funds on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED: July 7, 2008

_____
Marilyn L. Huff
United States District Judge