PAUL JOSEPH LOMBARDI, V-42310

P O BOX 4000 / 11-137L

VACAVILLE CA 95696-4000

IN PRO PRE

**FILED**
**AUG 1 1 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DIST. OF CALIFORNIA

| | |
|---|---|
| PAUL JOSEPH LOMBARDI, <br> Petitioner, <br><br> v <br><br> M. KRAMER, Warden <br> Respondent. | NO. CV 08-1025 H (POR) <br><br> NOTICE OF CHANGE OF ADDRESS |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE CALIFORNIA ATTORNEY GENERAL, COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE that appellant's address has changed as follows:

OLD ADDRESS:-

PAUL JOSEPH LOMBARDI
V42310  03-B5-02
FOLSOM STATE PRISON
P O BOX 715071
REPRESA CA 95671

NEW/CURRENT ADDRESS:

PAUL JOSEPH LOMBARDI
V42310  11-137L
CSP-SOLANO
P O BOX 4000
VACAVILLE CA 95696-4000

Please direct all briefs and correspondence to the current address above and delete the previous address from your records:

Date: 08-04-08

*Paul Lombardi* V42310
(Name & Prison number)
PAUL JOSEPH LOMBARDI
IN PRO PER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PAUL JOSEPH LOMBARDI
                Petitioner,

v.                                              Case Number: CV 08-1025 H (POR)

M. KRAMER, Warden
                                                PROOF OF SERVICE
                Respondent.

I hereby certify that on   August 4, 2008   , I served a copy

of the attached   CHANGE OF ADDRESS   ,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at   VACAVILLE CA 95696-4000.

(List Name and Address of Each
Defendant or Attorney Served)

JERRY BROWN, JR.  Attorney General         CLERK OF THE COURT
    For The State Of California            UNITED STATES DISTRICT COURT
110 WEST "A" STREET, SUITE 1100            SOUTHERN DISTRICT OF CALIFORNIA
                                           880 FRONT STREET   SUITE 4290
SAN DIEGO CA 92101                         SAN DIEGO CA 92101-8900

I declare under penalty of perjury that the foregoing is true and correct.

                    *Paul Lombardi* V42310
              (Signature of Person Completing Service)
                    PAUL JOSEPH LOMBARDI



PAUL JOSEPH LOMBARDI
V-42310 M-137
CSP-SOL
P O BOX 4000
VACAVILLE CA 95696-4000

SACRAMENTO CA 957
07 AUG 2008 PM 1 L

CALIFORNIA STATE PRISON-SOLANO
LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET  SUITE 4290
SAN DIEGO CA 92101-8900