# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOSEPH LOMBARDI,<br><br>                    Petitioner,<br><br>     v.<br><br>MATTHEW CATE, Secretary,<br><br>                    Respondent. | Civil No.    08-1025 H (POR)<br><br>**ORDER SUA SPONTE**<br>**SUBSTITUTING RESPONDENT** |

On June 6, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed at Folsom State Prison and thus named "M. Kramer," Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on August 11, 2008, it appears Petitioner is no longer housed at Folsom State Prison; rather, he states he is presently incarcerated at California State Prison, Solano, in Vacaville, California.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of "Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation,"

///

1  as Respondent in place of "M. Kramer." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th
2  Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge
3  of state penal institutions). The Clerk of the Court shall modify the docket to reflect "Matthew
4  Cate, Secretary" as respondent in place of M. "Kramer."

**IT IS SO ORDERED.**

DATED: August 19, 2008

_____
LOUISA S PORTER
United States Magistrate Judge