1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA, State Bar No. 186751
   Supervising Deputy Attorney General
5   110 West A Street, Suite 1100
    San Diego, CA 92101
6   P.O. Box 85266
    San Diego, CA 92186-5266
7   Telephone: (619) 645-2198
    Fax: (619) 645-2191
8   Email: Kevin.Vienna@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14  **PAUL JOSEPH LOMBARDI,**                08-1025 H (POR)

15                           Petitioner,     **APPLICATION FOR
                                             ENLARGEMENT OF TIME TO**
16       v.                                  **FILE ANSWER**

17  **MATTHEW CATE, Secretary,**             Judge:      The Honorable
                                                         Louisa S. Porter
18                           Respondent.

19

20       Kevin R. Vienna declares:

21       I am the Deputy Attorney General assigned to prepare response in this matter. An answer on

22  the merits is due today. As explained below, other work – with earlier due dates – precluded my

23  work on this matter until recently.

24       I have completed all the earlier assigned matters now, save one – an appellee's brief in the

25  Ninth Circuit. I worked on that matter over the past weekend and am approaching completion. I

26  expect to begin working principally on the *Lombardi* matter within about the next two days, and I

27  expect to complete it shortly thereafter. Accordingly, I ask the Court for an enlargement of time of

28  about two weeks, until September 8, 2008, for filing of our Answer.

**A. Background**

Petitioner Paul Lombardi challenges a judgment of conviction in the San Diego County Superior Court and his subsequent sentence to an indeterminate term of thirty-seven years to life imprisonment. He was convicted following trial by jury of attempted kidnapping and infliction of corporal punishment on his wife, and his sentence was imposed on January 16, 2007.

Lombardi appealed the judgment. His appeal raised three claims. First, he challenged the admission into evidence of uncharged acts of domestic violence against two other women. Second, he contended that the jury instructions for the crime of attempted kidnapping were defective. Third, he argued that the trial court erred in failing to instruct, sua sponte, on the crime of attempted false imprisonment as a lesser included offense of attempted kidnapping.

The California Court of Appeal denied these claims and affirmed the judgment in a reasoned opinion. The California Supreme Court denied Lombardi's subsequent request for further direct review.

Lombardi has sought collateral relief from the judgment in any state court.

Lombardi raises in his current federal Petition essentially the same claims he raised in the state courts, so the claims are exhausted. It appears that the Petition is timely filed. Accordingly, I intend to file an answer on the merits.

I have recently obtained our files from the direct appeal, so I now possess the trial court records, the briefs from the appeal, and the court orders denying relief. Those records will be lodged with our answer.

**B. Counsel's Status**

As noted, above, I typically work on cases in the order in which they are assigned to me. This case was assigned to me about July 18, 2008. At that time, I had a number of other cases assigned to me with previously set due dates. In about the last month, I have completed work on the following cases:

| | |
|---|---|
| Reyes v. Martel | 08cv791 |
| Luna v. Evans | EDCV 08-636 |
| Moore v. Dexter | EDCV 08-0130 |

| | | |
|---|---|---|
| 1 | Heath v. Tilton | 08-55293 (oral argument) |
| 2 | Parrish v. Yates | EDCV 07-01402 |
| 3 | Barnes v. Campbell | 07-56665 |
| 4 | Stevenson v. Adams | 08-1126 |

The only remaining, earlier assigned matter is an appellee's brief in the Ninth Circuit case of *Thorward v. Knowles*, 07-56396. I began working on that brief last Thursday. I expect to complete my work either late today or tomorrow. At that time, I will begin to work principally on the instant *Lombardi* matter. I expect to complete my briefing within about three days, but that estimate is likely imprecise, because I did not handle the matter on direct appeal.

Additionally, I am on this office's habeas corpus team. That means my work is routinely interrupted by questions from other deputies regarding federal habeas corpus matters.

Granting of an enlargement of time will permit the response to be prepared without impairing quality and will afford adequate time to obtain and copy necessary records, for review and processing in this office, and for filing in this Court. Should this extension be granted, I will seek to complete the briefing based on the schedule described above, and I will not place this matter at any lower priority. All extension requests and progress are monitored by the senior assistant attorney general in charge of this office.

///

///

///

1       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3       Dated: August 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

s/Kevin Vienna

KEVIN VIENNA
Supervising Deputy Attorney General
Attorneys for Respondent

KV:ms
70134528.wpd
SD2008700618

Case No. 08-1025 H (POR)

4

## CERTIFICATE OF SERVICE

Case Name:   **Paul Joseph Lombardi v. Matthew Cate, Secretary**

No.:   **08-1028 H (POR)**

I declare:

On August 25, 2008, I electronically filed the following document(s):

- **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER**
- **[PROPOSED] ORDER**

**Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

**NONE**

**Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

California State Prison Solano
Paul Joseph Lombardi
V-42310
11-137L
P.O. Box 4000
Vacaville, CA  95696-4000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 25, 2008, at San Diego, California.

_____       _____
Monica E. Seda                                                Signature
Declarant

SD2008801783
ECF POS.wpd