UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOSEPH LOMBARDI,<br><br>                      Petitioner,<br><br>      v.<br><br>M. KRAMER, Warden,<br><br>                      Respondent. | Civil No.   08cv1025-H (POR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME**<br><br>**[Document No. 11]** |

      On June 6, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On July 1, 2008, this court ordered that Respondent shall file a motion to dismiss on or before August 8, 2008 or an Opposition on or before September 8, 2006. Further, the Court ordered that Respondent shall file and serve an answer to the Petition, as well as points and authorities in support of such answer, no later than August 23, 2008. On August 25, 2008, Respondent filed a request for a two week enlargement of time to respond to the petition, and attaches the supporting declaration of Deputy Attorney General Kevin R. Vienna..

      In the request, Respondent's counsel represents that he has not been able to work on the case, due to a heavy workload not related to this case, and that he recently received all the necessary files for this case.

      While the Court can appreciate the fact that the Attorney General's office has a significant case load, the Court cannot find good cause for extending the time to file an answer premised on the fact that Respondent's counsel is working on every other pending case but this one.

//

1     Although the Court is extremely hesitant to grant Respondent's request for an enlargement of time, in the interests of resolving the issues raised in the Petition, the Court nevertheless finds good cause to grant Respondent's request. Accordingly, **IT IS HEREBY ORDERED**:

    1. Respondent shall file and serve an answer to the Petition or a motion to dismiss pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **September 8, 2008**. At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. The lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**."

    2. Petitioner may file a traverse to matters raised in the answer no later than **October 8, 2008**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed 10 pages in length absent advance leave of Court for good cause shown.

    3. A request by a party for an extension of time within which to file any of the pleadings required by this Order should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

    4. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

**IT IS SO ORDERED.**

DATED: August 28, 2008

                                             LOUISA S PORTER
                                             United States Magistrate Judge

cc:         The Honorable Marilyn L. Huff
            All parties